UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:23-cv-852-MOC

| ASHLEY M. BURNWELL, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| Vs. | ) | **ORDER** |
| EMBASSY SUITES, | ) | |
| Defendant. | ) | |

**THIS MATTER** comes before the Court on its own motion. Pro se Plaintiff Ashley M. Burnwell filed her complaint against Defendant Embassy Suites on December 12, 2023. (Doc. No. 1). Plaintiff complains of employment discrimination and wrongful termination. However, Plaintiff's complaint does not allege any specific facts, or state any legal claims, which would entitle her to relief. Plaintiff additionally left the "jury demand" section of the civil cover sheet blank. The Court will order Plaintiff to file an amended complaint to clarify her factual allegations and legal claims.

**IT IS, THEREFORE, ORDERED: Plaintiff shall have thirty (30) days in which to amend her complaint to clarify her factual and legal claims against the Defendant. Plaintiff must allege facts that tie her claims to the Defendant and show that Defendant purportedly violated her rights.**

Max O. Cogburn Jr.
United States District Judge